UNITED STATES of America,
Plaintiff–Appellee,

v.

Darren Wayne EDEKER, Defendant–
Appellant.

No. 05–11728
Non–Argument Calendar.
D.C. Docket No. 04–00106–CR–3–LAC.

United States Court of Appeals,
Eleventh Circuit.

Oct. 25, 2005.

E. Bryan Wilson, Tallahassee, FL, and Robert G. Davies, U.S. Attorneys Office, Pensacola, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Defender Office, Tallahassee, FL; Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Darren Wayne Edeker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Edeker's conviction and sentence are **AF-FIRMED.**